1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

SAMUEL EDWARDS,

CASE NO. 15cv174-LAB (JMA)

12

Plaintiff,

13

vs.

**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

CDCR, et al.,

14
15

Defendants.

16
17

Plaintiff, a prisoner proceeding *pro se*, brought this action, which was referred to

18

Magistrate Judge Jan Adler for report and recommendation.  On February 23, 2016, Judge

19

Adler issued his report and recommendation (the "R&R"), which permitted the parties to file

20

objections by March 11.  Plaintiff has now filed an *ex parte* application asking for an more

21

time to prepare and file his objections.  He says he needs more time to prepare a thorough

22

reply to the R&R, but does not explain further.  Ordinarily this would fail to show good cause

23

for the extension.  But in the interests of deciding this case on the merits rather than by

24

default, *see Eitel v. Mccool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), the Court **GRANTS** the

25

request.  Edwards must file any objections he has to the R&R no later than **April 8, 2016**.

26

If he requires additional time, he must file an *ex parte* application asking for more

27

time, and explaining why he needs it.  The fact that he is a prisoner and is not represented

28

by an attorney, without more, will not be an adequate explanation because those facts have

1  already been taken into account when setting the deadline for objections.  Any application

2  asking for more time must show that he worked diligently and used his time well.

3       **IT IS SO ORDERED**.

4  DATED:  March 10, 2016

5

6  **HONORABLE LARRY ALAN BURNS**
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28